UNITED STATES DISTRICT COURT FOR THE OMAHA DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAFAEL JEAN PETITPHAIT** <br> Plaintiff, | ) <br> ) <br> ) | Case No: 8:18CV179 |
| V. | ) <br> ) <br> ) | Complaint |
| **OFFICER CHRISTENSEN #1632, OFFICER WILLIAMSON #1635, OMAHA POLICE DEPARTMENT AND CITY OF OMAHA** <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) | |

RECEIVED

APR 24 2018

CLERK
U.S. DISTRICT COURT

**COMES NOW;** the Plaintiff and states as follows;

On or about June 20, 2006, the Plaintiff filed a complaint in the United States District Court against personnel of the Omaha Police Department but said complaint was dismissed without prejudice on or about April 6, 2012. The Plaintiff has been trying to secure evidence for said complaint which involve an arrest which occurred on or about June 6, 2006 before the case was closed. The Plaintiff is requesting the court to reopen said case with a docket number of 8:12CV45 as fraud was involved in the arrest and processing of the Plaintiff.

## FACTS

1. Plaintiff was arrested for allegedly committing terroristic threats;
2. Plaintiff was assaulted and was totally battered;
3. Plaintiff's assailant was not arrested even after Plaintiff stated he wanted to press charges;
4. Police personnel said I needed to go to court in order to file charges but yet they arrested the Plaintiff based upon he say and Plaintiff was battered/bruised;
5. Plaintiff was booked in jail for alleged terroristic threats;
6. Police personnel denied Plaintiff due process of having assailant arrested for assault;
7. Plaintiff's assailant was caucasian;
8. Police personnel was bias and racist in handling assault incident;
9. Plaintiff was denied a hearing on said charge but yet said charge found its way on the Plaintiff's federal background;
10. Plaintiff was issued a ticket for assault but his assailant was not issued one;
11. Plaintiff has been fighting with the county and city government on getting notification of the disposition of the charge but to no avail;
12. Plaintiff has been denied opportunities cause the city and county government personnel's negligent of falsely sending notification of a charge to which the Plaintiff was never convicted of or ever appeared before a court of said charge;
13. The Plaintiff got knowledge of the fraud involving the terroristic threat on or about May 5, 2015 due to applying for a job involving access to airports; and
14. The Defendants violated the Plaintiff's civil rights.

## CLAIM

Plaintiff claims the city and county government personnel was bias and racist in handling the assault matter cause the Plaintiff's assailant was caucasian and the Plaintiff is black. Due to their bias and erroneous ways; the Plaintiff has suffered in numerous ways. The Plaintiff has been unable to secure gainful employment and the Plaintiff has been emotionally damaged due to the city and county government personnel's fraud. The Plaintiff thinks that the Defendants should pay for what they have done to the Plaintiff pertaining to his civil rights, his due process and his state of mind. The Plaintiff is totally damaged in an emotional way.

**WHEREFORE,** the Plaintiff is seeking monetary relief for what the city and county government personnel has done to the Plaintiff both emotionally and physically. Plaintiff is seeking $10,000,000.00(ten million dollars) for the Defendants' negligence and erroneous bias ways. No monetary value will solve this matter as this will forever be branded in the Plaintiff's mind. The Plaintiff apologizes to the court for taking so long to proceed with prosecution of this matter.

By: _____

Rafael Jean Petitphait
2426 Evans Street
Omaha, Nebraska 68111
402.714.6048

April 24, 2018